IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JEFFREY E. MILES,
    Petitioner

v.

DANIEL S. KEEN, et al.,
    Respondents

NO. 3:12-CV-01022

(JUDGE NEALON)

## ORDER

**AND NOW**, this 8th day of January, 2013, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. Petitioner's Objections, (Doc. 10), to the R&R are **OVERRULED**;

2. The Magistrate Judge's R&R, (Doc. 9), is **ADOPTED**;

3. The Petition for Writ of Habeas Corpus, (Doc. 1), is **DISMISSED without prejudice**;

4. Petitioner's motion for transcripts, (Doc. 11), and motion for bail, (Doc. 12), are **DENIED as moot**;

5. The Clerk of Courts is directed to **CLOSE** this case; and

6. Any appeal will be deemed frivolous and not taken in good faith.

_____
**United States District Judge**